**Order entered February 15, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-11-01709-CR

**ERNEST SANDERS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 366th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 366-80960-2011**

## ORDER

On September 4, 2012, this Court adopted the trial court's findings that appellant desired to pursue the appeal, is represented by court-appointed counsel Robert Hultkrantz, and that Mr. Hultkrantz would file appellant's brief by September 7, 2012. We ordered that appellant's brief be filed by September 10, 2012. When we did not receive appellant's brief by December 18, 2012, we ordered appellant to file his brief by December 31, 2012. We further warned appellant's counsel, Mr. Hultkrantz, that if we did not receive appellant's brief by the date specified, we would order him removed as counsel and order the trial court to appoint new counsel for appellant. To date, Mr. Hultkrantz has neither filed appellant's brief nor communicated with the Court regarding the appeal.

Accordingly, we **ORDER** Robert Hultkrantz removed as appellant's appointed attorney of record.

We **ORDER** the trial court to appoint new counsel to represent appellant in this appeal and to transmit a supplemental record containing the order appointing new counsel to this Court within **FIFTEEN DAYS** of the date of this order.

We **ABATE** the appeal to allow the trial court to comply with this order. The appeal shall be reinstated fifteen days from the date of this order, or when the supplemental record is received.

/s/    CAROLYN WRIGHT
       CHIEF JUSTICE